IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS ROBERT FLINT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:13cv165-TMH |
| ) | |
| DOTHAN CITY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On May 22, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 17). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's claims against the Dothan City Jail, the City of Dothan, and Melissa Killingsworth are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(I-iii);

2. The Dothan City Jail, the City of Dothan, and Melissa Killingsworth are DISMISSED as parties to the complaint;

3. Plaintiff § 1983 claim for unlawful detention against the named defendants are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(I);

4.     This case with respect to the remaining defendant is referred back to the Magistrate Judge for additional proceedings.

DONE this the 20th day of June, 2013.

                                            /s/   Truman M. Hobbs
                                          TRUMAN M. HOBBS
                                          SENIOR UNITED STATES DISTRICT JUDGE